No. 76–5206. ROBERTS *v.* LOUISIANA. Sup. Ct. La. [Certiorari granted, 429 U. S. 938.] Motion of the Attorney General of New York for leave to participate in oral argument as *amicus curiae* granted. Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.

No. 76–6107. DOVE *v.* NEW YORK ET AL.;

No. 76–6125. MAGEE *v.* WEST, U. S. DISTRICT JUDGE; and

No. 76–6147. HENRY *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 76–1057. KEY ET AL. *v.* DOYLE ET AL. Appeal from Ct. App. D. C. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 76–5935. DURST ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–1843. CROW DOG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–104. COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW YORK DISTRICT No. 14, ET AL. *v.* HUNTLEY. C. A. 2d Cir. Certiorari denied.

No. 76–450. INGRAM CORP. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–625. HUNTLEY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.